STATE OF CONNECTICUT *v.* FREDERICK SULLIVAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Peter J. Zaccagnino, Jr.,* in support of the petition.

*James D. Mirabile,* assistant prosecuting attorney, in opposition.

Submitted February 7—decided March 10, 1964

ASSOCIATES DISCOUNT CORPORATION
*v.* DONALD W. BURNS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*James W. Macauley, Jr.,* in support of the petition.

*Milton H. Hausman,* in opposition.

Submitted December 28, 1963—decided March 12, 1964

FRED J. HERZIG *v.* BOARD OF EDUCATION OF
THE TOWN OF WEST HARTFORD ET AL.

The petition by J. Read Murphy for leave to file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted, provided that the brief is filed within twenty days after the filing of the appellants' brief.